# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **4:21CR3036** |
| vs. | |
| BOB RIVERA, | **ORDER** |
| Defendants. | |

As requested in the defendant's motion, (filing no. 105), which is hereby granted,

IT IS ORDERED that the pretrial release condition requiring Electronic Monitoring and Home Confinement, (provision (r)(ii)) is removed.

Dated this 25th day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge